**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
*By ccovington at 2:24 pm, Jun 14, 2013*

# United States Bankruptcy Court
## Southern District of Georgia

| | | |
|---|---|---|
| In re: | ) | Case No. **11-20927-JSD** |
| | ) | |
| JEFFERY LEROY MALLARD and PAMELA ANNETTE MALLARD, | ) | Judge: John S. Dalis |
| | ) | |
| *Debtors.* | ) | Chapter 13 |

### ORDER ON MOTION FOR RELIEF FROM STAY

MOVANT:           **ECAST SETTLEMENT CORPORATION**

SUBJECT PROPERTY:   *2009 Yamaha Motorcycle, VIN #JYAVM01E89A126632  and*
*2007 Yamaha ATV, VIN #5Y4AH10Y37A029089*

After notice and a hearing the motion is ordered:

☒ Granted   ☐   Trustee will discontinue distribution on the Movant's claim and reduce Movant's claim to the amount paid if no amended claim is filed within _____ days of this Order.

　　　　　　☒   The Trustee shall reduce Movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ a.m./p.m.

☐ Denied   ☐   _____

　　　☐   The debtors shall make timely post-petition payments as required by the Chapter 13 plan.
　　　☐   The debtors shall tender payments to cure an arrearage of $_____ as follows:

　　　Pay $_____ by _____.
　　　Pay $_____ per month beginning _____ for _____ months and a final payment of $_____.

STRICT COMPLIANCE IS ORDERED as follows:

☐   That in the event the debtors fail to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon debtors and debtors' attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtors disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐   The automatic stay is lifted automatically and without any further Notice or Order of Court, in the event that debtors remain in default in the performance of any payment obligation set forth in this order fourteen (14) days after the filing and service of a Notice of Non-compliance by Movant. Any action to reimpose the stay seeks injunctive relief and shall be brought as an Adversary Proceeding under Rules 7065 and 9011.

☐   The strict compliance provision of this Order shall expire on _____.

☒   The stay provisions of BR 4001(a)(3) are waived.

☐   Movant and Trustee shall be relieved from complying with Fed. R. Bank, P 3002.1 in the instant bankruptcy case prospectively from the date the relief is granted.

☐   Other Provisions: _____

Dated:   June 13, 2013.                           *John S Dalis*
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

By our signatures below we do hereby consent to the entry of the foregoing order:

_____   _____   _____
**Attorney for Movant**            **Attorney for Debtors**            **Trustee**